UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Zhivago Robinson

    v.                                    Case No. 18-cv-287-JL

FCI Berlin, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 9, 2019. The motion for default judgment (Doc. No. 15) is denied.

_____
Joseph N. Laplante
United States District Judge

Date: September 10, 2019


cc: Zhivago Robinson, pro se
    Seth R. Aframe, Esq.